# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GIA SPERRY** <br><br> v. <br><br> **THE ARCHDIOCESE OF PHILADELPHIA individually and d/b/a THE OFFICE OF CATHOLIC EDUCATION OF THE ARCHDIOCESE OF PHILADELPHIA** | **CIVIL ACTION** <br> **NO. 19-2615** |

## ORDER

**AND NOW,** this 24th day of October, 2019, upon consideration of Defendants' Motion to Dismiss Plaintiff's Complaint (ECF 1), the Response thereto (ECF 7), and the Reply (ECF 8), and for the reasons given in the accompanying Memorandum, it is hereby ORDERED that Defendants' Motion to Dismiss is GRANTED in part and DENIED in part, as follows:

- DENIED as to Counts 1–4;
- GRANTED, with prejudice, as to Count 5;
- GRANTED, without prejudice, as to Count 6; and
- DENIED as to the Archdiocese's request that Sperry's prayer for punitive damages be stricken.

Further, Sperry's request for leave to file an Amended Complaint clarifying Count 6 is GRANTED.

**BY THIS COURT:**

**/s/ Michael M. Baylson**

**MICHAEL M. BAYLSON**
**United States District Court Judge**